**Order entered June 7, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00963-CV

## IN RE DAICO SUPPLY COMPANY AND GILBERTO BERCIAN, Relators

**Original Proceeding from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-18216**

## ORDER
Before Justices Pedersen, III, Carlyle, and Garcia

Based on the Court's opinion of this date, we **DISMISS** this original proceeding.

/s/     BILL PEDERSEN, III
JUSTICE